UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** April 3, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** POWELL, James Leonardo
Case No.: 7:99-CR-24-5BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On April 3, 2000, James Leonardo Powell was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base and Marijuana and Distribution of Cocaine Base. Mr. Powell appeared in United States District Court for the Eastern District of North Carolina and received 324 months imprisonment, followed by 10 years of supervised release. On September 17, 2009, pursuant to 18 U.S.C.§ 3582(c)(2), his term of imprisonment was reduced to 262 months. Furthermore, on February 6, 2015, pursuant to 18 U.S.C. § 3582(c)(2), his term of imprisonment was reduced to 210 months, with an effective date of November 1, 2015. He began supervision on October 30, 2015.

Mr. Powell has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since March 2023. All drug screens have been negative since June 2021. Mr. Powell is also gainfully employed and has met all monetary obligations. His term of supervision is set to expire on October 29, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

- ☑ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____   4-3-24
Terrence W. Boyle                  Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                        **Crim. No. 7:99-CR-24-5BO**

**JAMES LEONARDO POWELL**

On October 30, 2015, the above named was released from prison and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: April 3, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___ day of April, 2024.

Terrence W. Boyle  
United States District Judge